[No. 35187-1-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW K. STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01128-7, Theodore F. Spearman, J., entered August 2, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 35302-4-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL WAYNE VANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01408-9, Daniel J. Berschauer, J., entered September 6, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 35331-8-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB MELVIN KORUM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04649-3, Stephanie A. Arend, J., entered September 8, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35508-6-II. Division Two. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDFREDO VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04418-9, Susan Serko, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.